[No. 12235-5-I. Division One. May 14, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY
EUGENE THOMAS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82-1-01419-9, Rosselle Pekelis, J., entered
September 1, 1982. *Affirmed* by unpublished opinion per
Durham, C.J., concurred in by Andersen and Ringold, JJ.

[No. 12609-1-I. Division One. May 14, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. BEVERLY
GWEN RIGGINS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82-8-03428-4, Robert W. Winsor, J., entered
November 17, 1982. *Affirmed* by unpublished opinion per
Corbett, A.C.J., concurred in by Williams and Ringold, JJ.

[No. 12764-1-I. Division One. May 14, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ROY
LEE BILLINGS, JR., ET AL, *Defendants,*
PATRICK J. BOLT, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82-1-02868-8, Terrence A. Carroll, J., entered
January 11, 1983. *Affirmed* by unpublished opinion per
Scholfield, J., concurred in by Swanson and Andersen, JJ.

[No. 12781-1-I. Division One. May 14, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. BURT
BOBBY DANIELS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79-1-02093-8, Arthur E. Piehler, J., entered
December 30, 1982. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Durham, C.J., and Callow, J.